ACCEPTED
12-14-00212-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/5/2015 10:48:35 AM
CATHY LUSK
CLERK

CAUSE NO. <u>12-14-00212-CV</u>

IN THE TWELFTH COURT OF APPEALS
TYLER, STATE OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/5/2015 10:48:35 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| ROBERT ROBINSON,<br>　　Appellant,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>　　Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>Cause No. 12-14-00212-CV |

Appeal from the County Court at Law of Cherokee County, Texas

Trial Court Cause No. CV 9282

**APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF**

Melissa A. McKinney
**BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP**
State Bar No. 24041451
melissmc@bdfgroup.com
15000 Surveyor Blvd., Suite 100
Addison, Texas 75001
(972) 341-0995 (Telephone)
(972) 341-0734 (Facsimile)
**ATTORNEYS FOR APPELLEE**

# CAUSE NO. <u>12-14-00212-CV</u>

## IN THE TWELFTH COURT OF APPEALS
## TYLER, STATE OF TEXAS

| | | |
|---|---|---|
| **ROBERT ROBINSON,**<br>    **Appellant,** | §<br>§<br>§ | |
| **v.** | §<br>§ | **Cause No. 12-14-00212-CV** |
| **WELLS FARGO BANK, N.A.,**<br>    **Appellee.** | §<br>§<br>§ | |

## <u>APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF</u>

To the Honorable Court:

Appellee requetst that the Court extend time for filing of its brief under Rules of Appellate Procedure 10.5(b), 38.6(d), and all other applicable Rules, and in support of this motion would show:

1.    <u>Due date of Brief.</u> According to the Court's website, Appellee's Brief was designated as "not filed" January 20, 2015. Appellant hereby seeks to have the due date of its brief extended to February 5, 2015.

2.    <u>Extension of Time Sought:</u> Appellee has not sought a previous extension of time to file its brief and asks the Court to grant it an extension of time. Appellee is contemporaneously filing its Brief with this Motion. Appellee counsels' records show that Appellant's Brief was imaged into their electronic file

on December 31, 2014 at 5:31 pm. However, based on the Certificate of Service incorporated into Appellant's Brief, counsel believes the Brief was received sometime before December 31, 2014. At the time Appellant's Brief was scanned into Appellee's electronic file, there was no supporting calendar entry to ensure any deadlines were reviewed or determined. During the month of January, Appellee's Counsel had multiple trial settings and hearings that delayed reviewing the Court's calendar to calculate the deadline from the time of Appellant's Brief. The extension of time should not prejudice Appellant as it does not hamper any responsive Brief.

3.      Prayer:      For these reasons, Appellee requests the Court grant an extension of time until February 5, 2015 to file its Brief.

Respectfully submitted,

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

*/s/ Melissa A. McKinney*
Melissa A. McKinney
State Bar No. 24041451
melissmc@mhalegalservices.com
15000 Surveyor Boulevard, Suite 100
Addison, Texas 75001
972-341-0955 (Telephone)
972-341-0734 (Fax)
**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to confer with Appellant Robert Robinson during the afternoon of January 29, 2015. However, during each attempt to call Appellant, the phone line rang as a fast busy signal. Therefore, this Motion is being presented to the Court as opposed.

Additionally, when Appellee's Counsel attempted to confer with Appellant Robert Robinson regarding a prior Motion, Counsel also received a fast busy signal. Appellee's Counsel will attempt to confirm if there is an issue with Counsel's telephone system that is causing an issue with contacting Appellant and supplement if any information is gathered.

/s/ Melissa A. McKinney
Melissa A. McKinney

## CERTIFICATE OF SERVICE

On this 5th day of January 2015, a true and correct copy of Appellee's Brief was served upon Appellants' counsel in accordance with the provision of the Texas Rules of Appellate Procedure.

**Via CMRRR#71969008911503136496**
Robert Robinson
16897 Pine Lane
Flint, Texas 75762

/s/ Melissa A. McKinney
Melissa A. McKinney